O

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| STEFAN MAHALEY, | ) | Case No. EDCV 12-01896-PSG (OP) |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) | |
| STEVEN MAPES, et al., | ) ) | |
| Defendants. | ) ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Plaintiff, de novo.

/ / /

/ / /

/ / /

IT IS ORDERED that the Judgment be entered: (1) accepting this Report and Recommendation; (2) granting Defendant Mahmoudi's Motion to Dismiss the Complaint; (3) granting Defendant Mapes' and Defendant Flemmings' Motion to Dismiss the Complaint; (4) granting Defendant Vanni's Motion to Dismiss the Complaint; (5) granting Defendant Garrett's Motion to Dismiss the Complaint; (6) sua sponte dismissing Plaintiff's claims against Defendant Young for failure to state claim upon which relief can be granted; and (7) directing the Judgment be entered dismissing the Complaint in its entirety without leave to amend and with prejudice.

DATED: May 7, 2013

HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge