O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEFAN MAHALEY, | ) Case No. EDCV 12-01896-PSG (OP) |
|---|---|
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| STEVEN MAPES, et al., | ) |
| Defendants | ) |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the Complaint is dismissed with prejudice.

DATED: May 7, 2013

HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge