O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEFAN MAHALEY, | ) | Case No. EDCV 12-01896-PSG (OP) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| vs. | ) | |
| | ) | |
| STEVEN MAPES, et al., | ) | |
| | ) | |
| Defendants | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the Complaint is dismissed with prejudice.

DATED: May 7, 2013

_____
HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge